UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| Douglas C. Day, | Case No. 3:25-cv-00566-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| State of Nevada, *et al.*, | |
| Respondents. | |

Petitioner Douglas C. Day, a *pro se* Nevada prisoner, submitted a form Civil Rights Complaint (ECF No. 1-1), but indicates on the form that he intends to file a Petition for Writ of Habeas Corpus, as well as an Application to Proceed *in forma pauperis* (ECF No. 1 ("IFP")).

A $5.00 filing fee is required to initiate a habeas action in a federal district court. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The Court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency. *See* 28 U.S.C. § 1915; LSR 1-1, 1-2. The IFP application must be submitted on the form provided by the court and include specific financial information and a declaration confirming under the penalty of perjury that the financial information is true. *Id.*

The financial certificate shows Day is able to pay the $5 filing fee. (ECF No. 1 at 4.) Thus, he does not qualify for a fee waiver. The Court therefore denies the IFP application and gives Day 45 days to pay the $5 filing fee.

Day filed a civil rights complaint form. (ECF No. 1-1.) However, in the complaint, he indicates that he is seeking a writ of habeas corpus. (*Id.* at 1.) A *pro se* petitioner is

required to file his petition for writ of habeas corpus on the court's approved form. *See* LSR 3-1. Day has not filed his petition on the appropriate form or in substantial compliance with the form. The form is important as it provides the Court with necessary information to conduct preliminary review of the petition. Accordingly, Day must, within 45 days of the date of this order, file an amended petition for habeas corpus relief on the Court's form.[1] In doing so, Day is advised to follow the instructions on the form and to refrain from lengthy legal or factual argument.

It is therefore ordered that the initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred to until such time as he has fully complied with this order.

It is further ordered that Day's IFP application (ECF No. 1) is denied. Day must pay the $5 filing fee within 45 days of the date of this order.

It is further ordered that, within 45 days of the date of this order, Day must file an amended petition on the Court's form.

The Clerk of the Court is instructed to send Day (1) one blank copy of the form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, along with instructions, and; (2) two copies of this order. If he decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

It is further ordered that Day's failure to comply with this order within 45 days by paying the filing fee or filing an amended petition will result in the dismissal of this action without prejudice and without further advance notice.

DATED THIS 31st Day of October, 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Day at all times remains responsible for calculating the applicable statute of limitations. By ordering Day to amend his petition, the Court makes no finding or representation that either the original or amended petition will be considered timely.

2